IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIE R. LOGAN<br>WONDA HODGE LOGAN<br><br>    Debtor | Case No. 12-00812-SMT<br>Chapter 13 |
| CENTRAL MORTGAGE COMPANY<br><br>    Movant<br>v.<br><br>WILLIE R. LOGAN<br>WONDA HODGE LOGAN<br><br><br>    Respondents | Motion No. |

## NOTICE OF DEFAULT

Now comes, Central Mortgage Company, the movant, and state as follows:

1. The Movant is the holder of a Deed of Trust on the real property and improvements with a legal description of "Lot 17 in Square 5857, in subdivision made by Montery Park Associates Limited Partnership, among the Records of the Office of the Surveyor of the District of Columbia" also known as 3303 Oxon Run Road SE, Washington, DC 20032.

2. Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment of $2,054.37 (said payment represents the regular mortgage payment) to the Movant on August 1, 2015.

3. Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment to the Movant of 1 payment of $341 for 8/28/15.

4. The Debtor did not make the above referenced payments and is in default under the terms of this Consent Order.

5. Pursuant to the terms of the Consent Order, unless the Debtor cures this default within fourteen (14) days from the mailing of this notice, in total by tendering the sum of $2,439.23 (1 payment of $2054.37 for 8/1/15, a late charge for $82.45 1 stipulation of $341 for 8/28/15  attorney fees of $50 and    minus a suspense balance of $88.59) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

6. All payments to the Movant should be made to:

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39339

6. All payments to the Movant should be made to:

   Central Mortgage Company
   Attn: Bankruptcy Department
   801 John Barrow Road
   Suite 1
   Little Rock, AR 72205

        Central Mortgage Company

        /s/Mark D. Meyer, Esq.
        DC Bar 475552

        Rosenberg & Associates, LLC
        7910 Woodmont Avenue, Suite 750
        Bethesda, Maryland 20814
        (301) 907-8000

### Certificate of Service

I hereby certify that on this 4th day of September, 2015, a copy of the foregoing Affidavit was mailed by first class, postage pre-paid mail or via electronic email, to:

| | |
|---|---|
| Cynthia Niklas<br>Trustee<br>4545 42nd Street, NW, #211<br>Washington, DC 20016 | Jon Dennis Pels, Esquire<br>The Pels Law Firm, LLC<br>4845 Rugby Ave, 3rd Floor, Bethesda<br>MD  20814 |
| Willie R. Logan<br>3303 Oxon Run Road, SE<br>Washington, DC 20032 | |
| Wonda Hodge Logan<br>3303 Oxon Run Road, SE<br>Washington, DC 20032 | |

        /s/Mark D. Meyer, Esq.
        Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39339